# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| ANDREW JEWELL, KAYLLE JEWELL,<br>            Plaintiff(s),<br><br>vs.<br><br>TRISTAR PRODUCTS, INC.,<br>            Defendant. | CIVIL ACTION FILE<br><br>NO.  3:23-cv-00149-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of Attorney Fees, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiffs recover from Defendants $10,850.00 as reasonable attorney's fees.

Dated at Newnan, Georgia this 24th day of February, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ J. Brown
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
February 24, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ J. Brown
        Deputy Clerk