# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| **ANDREW JEWELL and KAYLLE JEWELL,** | * * * | |
| **Plaintiffs,** | * * | |
| v. | * * | **CIVIL ACTION NO.:** **3:23-cv-00149-TCB** |
| **TRISTAR PRODUCTS, INC.** | * * * | |
| **Defendants.** | * | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs Andrew Jewell and Kaylle Jewell, and Defendant Tristar Products, Inc., and hereby notify the Court that the parties have reached an agreement in principle to settle this matter, which resolves all of Plaintiffs' claims. Once the appropriate settlement documents have been finalized and signatures obtained, this case will be dismissed.

Respectfully submitted this 31st day of March 2025.


[Signatures follow on next page]

/s/ *T. Preston Moore II* (signed w/ permission)
T. Preston Moore II
Georgia Bar No. 654230
Thomas P. Willingham
Georgia Bar No. 235049
Mary Leah Miller
Georgia Bar No. 933581
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
2839 Paces Ferry Road SE
Suite 400, Overlook II
Atlanta, GA 30339
(404) 751-1162
(888) 212-9702 (fax)
preston.moore@beasleyallen.com
tom.willingham@beasleyallen.com
maryleah.miller@beasleyallen.com

***Attorneys for Plaintiffs***

/s/ *Sanjay Ghosh*
Sanjay Ghosh
GA Bar No. 141611
Steven H. Campbell
GA Bar No. 161457
NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6158
(404) 322-6050 (fax)
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com

Thaddeus J. Hubert, IV
New Jersey Bar No. 020402010
GOLDBERG SEGALLA, LLP – NJ
301 Carnegie Center Drive
Princeton, NJ 08540
(609) 986-1386
thubert@goldbergsegalla.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 31, 2025, a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was filed via CM/ECF which will automatically serve all counsel of record.

*/s/ Sanjay Ghosh*
Sanjay Ghosh
Georgia Bar No. 141611
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW | Suite 1700
Atlanta, GA 30363
(404) 322-6000
(404) 322-6050 (fax)
sanjay.ghosh@nelsonmullins.com

***Attorney for Defendant***
